# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                            Bk. No. 14-10780-JMD
                                                                       Chapter 13

Alan C. Page,
                Debtor(s)

## CHAPTER 13 ORDER OF THE COURT

Hearing Date:    09/25/2014

**Nature of Proceeding:  Doc# 13 Chapter 13 Plan Filed by Debtor Alan C. Page**

**Nature of Proceeding:  Doc# 21 Motion to Dismiss Case For Failure to Amend Plan Filed by Trustee Lawrence P. Sumski**

OUTCOME OF HEARING:

**CONTINUED TO:**  November 13, 2014 @ 9:00 AM


IT IS SO ORDERED:


/s/ J. Michael Deasy                    Dated:   09/25/2014
J. Michael Deasy
Bankruptcy Judge